UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONALD J. KESSLER,

    Plaintiff,

vs

PAUL HRIVNAK, *et al.*,

    Defendants.

Civil Action No. 3:11-cv-35

Judge Timothy S. Black

### ORDER OF DISMISSAL

This civil action is before the Court on the parties' stipulated motion for dismissal with prejudice under Fed. R. Civ. P. 41(a)(2). (Doc. 82). By joint agreement the parties move this Court for a voluntary dismissal with prejudice of all claims and counterclaims pursuant to a Settlement Agreement signed October 25, 2011. Accordingly, it is hereby **ORDERED** that this action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Date: 3/2/12

Timothy S. Black
United States District Judge